IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JON P. ROE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-402 (JLH) |
| | ) | |
| DANIELLE S. BLOUNT, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

On April 1, 2025, Plaintiff Jon P. Roe initiated the above-captioned civil action by filing a complaint *pro se*. (*See* D.I. 1.) The complaint names one Defendant: Danielle S. Blount, Commissioner of the Family Court of the State of Delaware. The complaint alleges a violation of 42 U.S.C. § 1983 on the basis that Commissioner Blount allegedly imposed an unconstitutionally severe custodial sentence on Plaintiff for his failure to pay child support.

Defendant now moves to dismiss the complaint for insufficiency of service of process, sovereign immunity, and failure to state a claim. (D.I. 14.) Because I agree with Defendant that she is immune from suit, I do not address her other arguments.

Absent a state's consent, the Eleventh Amendment bars a civil rights suit in federal court against a state and its officials acting in their official capacity. *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989). Additionally, a "judicial officer in the performance of h[er] duties has absolute immunity from suit and will not be liable for h[er] judicial acts," *Capogrosso v. Supreme Court of N.J.*, 588 F.3d 180, 184 (3d Cir. 2009), and a prosecutor receives absolute immunity for actions performed when "functioning as the state's advocate." *Odd v. Malone*, 538 F.3d 202, 208 (3d Cir. 2008). Defendant is immune from suit in federal court for sentencing Plaintiff for failing to pay child support when acting as the Delaware Family Court Commissioner.

THEREFORE, on this 15th day of December, 2025, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (D.I. 12) is **GRANTED**.

2. Plaintiff's complaint (D.I. 1) is **DISMISSED**. Plaintiff will not be granted leave to amend, as amendment is futile.

3. Plaintiff's motion to order the Delaware Family Court to reschedule a hearing (D.I. 5) and motion to submit video evidence (D.I. 6) are **DENIED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
The Honorable Jennifer L. Hall
United States District Judge